**JAMES E. HARPER, ESQ.**
Nevada Bar No.: 9822
**TAYLOR G. SELIM, ESQ.**
Nevada Bar No.: 12091
**HARPER LAW GROUP**
1707 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
Ph.:   (702) 948-9240
Fax:   (702) 778-6600
E-Mail:        eservice@harperlawlv.com

*Attorney for Defendant*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BUONO,<br><br>            Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>            Defendants. | CASE NO.:  2:16-cv-00425-JCM-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF CLAIMS FOR BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING, VIOLATION OF THE UNFAIR CLAIMS PRACTICES ACT, AND FOR PUNITIVE DAMAGES** |

   IT IS HEREBY STIPULATED by and between Plaintiff, MICHAEL BUONO, by and through his counsel of record, RICHARD HARRIS LAW FIRM, and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its counsel of record, HARPER LAW GROUP, that the causes of action for Breach of the Covenant of Good Faith and Fair Dealing and Violation of the Unfair Claims Practices Act, NRS 686A.3190 et seq., and Plaintiff's claim for Punitive Damages as stated in the Prayer for Relief, be dismissed with prejudice.

1

DATED this 18th day of October 2016.

RICHARD HARRIS LAW FIRM

/s/ Bryan A. Boyack
Bryan A. Boyack, Esq.
Nevada Bar No. 9980
801 South Fourth Street
Las Vegas, NV  89101
*Attorneys for Plaintiff*

DATED this 18th day of October 2016.

HARPER LAW GROUP

/s/ Taylor G. Selim
Taylor G. Selim, Esq.
Nevada Bar No. 12091
1707 Village Center Circle, Suite 140 Las Vegas, NV 89134
*Attorneys for Defendant*

## **ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED that the causes of action for Breach of the Covenant of Good Faith and Fair Dealing and Violation of the Unfair Claims Practices Act, NRS 686A.310 et seq., and Plaintiff's claim for Punitive Damages as stated in the Prayer for Relief, be dismissed with prejudice.

Dated October 20, 2016.

_____
UNITED STATES DISTRICT JUDGE